UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ISABEL MENDEZ,<br><br>Plaintiff,<br><br>v.<br><br>FRESHREALM, INC.,<br><br>Defendant. | No. 2:25-cv-01566-DC-JDP<br><br>ORDER REMANDING ACTION TO THE SAN JOAQUIN COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(Doc. No. 6) |

On July 1, 2025, the parties filed a stipulation in which they agree to remand this action to the San Joaquin County Superior Court, where this action was originally filed. (Doc. No. 6.) Accordingly, and pursuant to the parties' stipulation, this action is remanded to the San Joaquin County Superior Court.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **July 17, 2025**

Dena Coggins
United States District Judge

1